| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| | TRACY L. SCHEIDTMANN (STATE BAR NO. 223646) |
| 2 | ALLISON RIECHERT GIESE (STATE BAR NO. 267533) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 3 | 1000 MARSH ROAD |
| | MENLO PARK, CALIFORNIA  94025 |
| 4 | Telephone:     650-614-7400 |
| | Facsimile:      650-614-7401 |
| 5 | lchermle@orrick.com |
| | tscheidtmann@orrick.com |
| 6 | agiese@orrick.com |
| 7 | Attorneys for Defendant |
| | INTERNATIONAL PAPER COMPANY |
| 8 | |
| 9 | NORMAN B. BLUMENTHAL (STATE BAR NO 068687) |
| | KYLE R. NORDREHAUG (STATE BAR NO. 205975) |
| 10 | APARAJIT BHOWMIK (STATE BAR NO. 248066) |
| | BLUMENTHAL, NORDREHAUG & BHOWMIK |
| 11 | 2255 Calle Clara |
| | La Jolla, CA  92037 |
| 12 | Telephone:     858-551-1223 |
| | Facsimile:      858-551-1232 |
| 13 | norm@bamlawca.com |
| | kyle@bamlawca.com |
| 14 | aj@bamlawca.com |
| 15 | Attorneys for Plaintiff |
| | JEFFREY MADDOX |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEFFREY MADDOX, an individual, on behalf of himself, and on behalf of all persons similarly situated, | Case No. 2:13-CV-00395-TLN-AC |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL** |
| v. | |
| INTERNATIONAL PAPER COMPANY AND DOES 1-50, INCLUSIVE, | |
| Defendants. | |

OHSUSA:756624305.1

JOINT STIPULATION FOR DISMISSAL
[2:13-CV-00395-TLN-AC]

1. The parties hereby stipulate that this action shall be fully dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

   a. All individual claims brought herein by Plaintiff Maddox pursuant to the California Labor Code and the Fair Labor Standards Act (the "FLSA") are dismissed *with* prejudice, each side to bear its own costs and attorneys' fees;

   b. All putative class action claims brought herein on behalf of others besides Maddox, including the putative class claims under Rule 23 and the collective claims brought pursuant to the FLSA are dismissed *without prejudice*, each side to bear its own costs and attorneys' fees;

   c. The representative claims under the California Private Attorney General Act of 2004 brought herein are:

      i. Dismissed *with* prejudice as to Plaintiff Maddox, each side to bear its own costs and attorneys' fees;

      ii. Dismissed *without prejudice* as to the State of California and Labor Workforce Development Agency and aggrieved employees, each side to bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: May 13, 2014 | LYNNE C. HERMLE<br>TRACY L. SCHEIDTMANN<br>ALLISON RIECHERT GIESE<br>Orrick, Herrington & Sutcliffe LLP<br><br>By:  /s/Tracy L. Scheidtmann<br>TRACY L. SCHEIDTMANN<br>Attorneys for Defendant<br>INTERNATIONAL PAPER COMPANY |
| Dated:  May 13, 2014 | NORMAN B. BLUMENTHAL<br>KYLE R. NORDREHAUG<br>APARAJIT BHOWMIK<br>Blumenthal, Nordrehaug & Bhowmik<br><br>By:  /s/Aparajit Bhowmik<br>APARAJIT BHOWMIK<br>Attorneys for Plaintiff<br>JEFFREY MADDOX |

IT IS SO ORDERED

Dated: May 14, 2014

_____
Troy L. Nunley
United States District Judge